UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL GOWDY, | ) | CASE NO. CV 14-8481 FFM |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| K. HOLLAND, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:   May 5, 2015

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge